IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-00447-REB-CBS

COVERALL NORTH AMERICA, INC.,

    Plaintiff,

v.

ACADEMY SUITES, LLC,
GRACE HOLDINGS, LTD, and
GHOLAMRAZA RAHMANI-AZAR a/k/a BRUCE RAHMANI,

    Defendants.

---

### MINUTE ORDER

---

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

Pursuant to the Amended D.C.COLOL.CIVR. 7.1(a) Certificate Re: Coverall North America, Inc.'s Motion to File First Amended Complaint (*doc. no. 14*) it is

**ORDERED** that Plaintiff's Motion to File First Amended Complaint (filed July 20, 2007; *doc. no. 11*) is **GRANTED**. As of the date of this order, the Clerk's office is instructed to accept for filing, Plaintiff's First Amended Complaint and Jury Demand (*doc no. 11-3*) tendered to the court on July 20, 2007. It is further

**ORDERED** that the August 30, 2007 motion hearing is **VACATED**.

**DATED:**    August 23, 2007