IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00447

COVERALL NORTH AMERICA, INC.,

        Plaintiff,

v.

ACADEMY SUITES, LLC,
GRACE HOLDINGS, LTD and
GHOLAMRAZA RAHMANI-AZAR
aka BRUCE RAHMANI.

        Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

        The parties, by and through their attorneys, file this Stipulation of Dismissal With Prejudice pursuant to F.R.C.P. 41(a)(1)(ii) and hereby give notice to the Court that they have agreed to dismiss all claims and counterclaims that were brought or could have been brought in this action with prejudice and each party to bear its own costs and attorneys fees.

| | |
|---|---|
| __/s/ John Matter_____ | __/s/ Peter Forbes_____ |
| John E. Matter | Peter Forbes |
| MOYE WHITE LLP | HOROWITZ FORBES, LLP |
| 16 Market Square, 6th Floor | 1700 Lincoln Street, Suite 2940 |
| 1400 16th Street | 1400 16th Street |
| Denver, CO 80202 | Denver, CO 80203 |
| (303) 292-2900 (phone) | (303) 572-5100 (phone) |
| Jake.matter@moyewhite.com | pforbes@hflitig.com |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANTS** |

## CERTIFICATE OF SERVICE

      I hereby certify that on this October 12, 2007, a true and correct copy of the above and foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** was sent via electronic filing to:

| | |
|---|---|
| HOROWITZ/FORBES, LLP | Jacqueline W. Vlaming |
| Peter Forbes, Esquire. | Senior Vice President/General Counsel |
| pforbes@hflitig.com | Coverall North America, Inc. |
| 2940 Wells Fargo Center | 5201 Congress Avenue, Suite 275 |
| 1700 Lincoln Street | Boca Raton, Florida 33487 |
| Denver, CO 80203 | (VIA FEDERAL EXPRESS) |

      /s Lisa R. Oliver
      _____