# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 07-cv-00447-REB-CBS

COVERALL NORTH AMERICA, INC.,

    Plaintiff,

v.

ACADEMY SUITES, LLC,
GRACE HOLDINGS, LTD, and
GHOLAMRAZA RAHMANI-AZAR a/k/a BRUCE RAHMANI,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the **Stipulation of Dismissal With Prejudice** [#23], filed October 12, 2007.  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal With Prejudice** [#23], filed October 12, 2007, is **APPROVED**;

2. That the Trial Preparation Conference set for June 6, 2008, is **VACATED**;

3. That the jury trial set to commence June 23, 2008, is **VACATED**; and

2

      4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated October 18, 2007, Denver, Colorado.

                                     **BY THE COURT:**

                                     **s/ Robert E. Blackburn**
                                     **Robert E. Blackburn**
                                     **United States District Judge**